

144-41 70th Road
Flushing, New York 11367
tel: 718.705.8706
fax: 718.705.8705
uri@horowitzlawpllc.com
www.horowitzlawpllc.com

August 10, 2020

The Honorable James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 10201

**Via ECF**

    *Boris Sasumov v. Trans Union, LLC, et al.*
    **Docket No. 1:20-cv-02449-PKC-JO**

Your Honor,

    We represent the Plaintiff, Boris Sasunov, in the above referenced action, and write in accordance with Your Honor's Individual Practices, and with consent of Counsel for Defendant Bank Of America, N.A. ("BANA").

    We are pleased to report that the Plaintiff has reached an agreement to settle all claim with prejudice as alleged in the Complaint against the Defendant BANA.

    Accordingly, we respectfully request the Court adjourn all upcoming dates and deadlines as to BANA, and enter a Sixty (60) Day Order allowing for the parties to finalize and consummate the Settlement Agreement.

    We thank Your Honor and the Court for its kind considerations and courtesies.

    Respectfully,

    /s/ *Uri Horowitz*
    Uri Horowitz

CC: *All Counsel of Record via ECF*