## INITIAL CONFERENCE QUESTIONNAIRE

1. Deadline for all Rule 26(a)(1) disclosures (if later than the date of the initial conference, please explain why on a separate page): 9/7/2020

2. Deadline for first request for production of documents and first request for interrogatories: 9/28/2020

2(a). Additional interrogatories needed, if any, beyond the 25 permitted in a second set of interrogatories under the federal rules for: plaintiff(s) 10 ; defendant(s) 10

3. Date for completion of any joinder of additional parties and amendment of the pleadings: 10/8/2020

3(a). Number of proposed additional parties to be joined, if any, by: plaintiff(s) TBD; defendant(s) TBD

4. Number of depositions by plaintiff(s) of: parties 10 ; non-parties 10

5. Number of depositions by defendant(s) of: parties 5 ; non-parties TBD

6. Date of status conference (joint status report due two business days in advance): 11/30/2020

7. Date for completion of factual discovery: 01/25/2021

8. Are expert witnesses needed?  Yes X  No ___

8(a). Number of expert witnesses, if any, of plaintiff(s): medical X ; non-medical TBD

8(b). Date for completion of those expert reports: 2/22/2021

8(c). Number of expert witnesses, if any, of defendant(s): medical X ; non-medical TBD

8(d). Date for completion of those expert reports: 03/22/2021

9. Date for completion of expert discovery: 03/22/2021

10. Date of pretrial conference (brief *ex parte* statements of settlement position due via email two business days in advance): 04/26/2021

11. Types of contemplated dispositive motions by plaintiff(s) and dates for filing of those motions: Summary Judgment

    04/05/2021

| | | |
|---|---|---|
| 12. | Types of contemplated dispositive motions by defendant(s) <u>and</u> dates for filing of those motions: | <u>Summary Judgment</u><br><u>     04/25/2021     </u> |
| 13. | Have counsel reached any agreements regarding electronic discovery? (If so, please describe at the initial conference.) | Yes <u>X</u>    No ___ |
| 14. | Have counsel reached any agreements for disclosure of experts' work papers (including drafts) and communications with experts? (If so, please describe on a separate page.) | Yes___    No <u>x</u> |
| 15. | Will the parties unanimously consent to trial before a magistrate judge pursuant to 28 U.S.C. §636(c)? (If any party declines to consent, answer no but do <u>not</u> indicate which party declined.) | Yes___  No <u>X</u> |

4